Michael Jones, SBN 271574
M. Jones & Associates, PC
505 N. Tustin Ave, Ste 105
Santa Ana, CA 92705
Telephone:    714-795-2346
Facsimile:    (888) 341-5213
Email: mike@MJonesOC.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| In Re: | Case No. 6:22-bk-10891-RB |
|---|---|
| **RVR GENERAL CONSTRUCTION, INC.** | **In Chapter 11 Proceedings** |
| Debtor(s). | **SUPPLEMENTAL STATEMENT RE INSIDER COMPENSATION FOR RAFAEL RIVAS, PRESIDENT OF THE DEBTOR** |

COMES NOW THE DEBTOR RVR GENERAL CONSTRUCTION, INC. ("Debtor"), by and through their undersigned counsel, and provides this supplemental statement regarding the Notice of Setting/Increasing Insider Compensation for Rafael Rivas ("Rivas"), the Debtor's President, with the Court on 3/18/2022, said document being on the Docket as Document Number 27 and hereinafter referred to as the Insider Compensation Notice.

The Insider Compensation Notice disclosed that Rivas is provided a company car for use.  To provide further details on the company car, it is a Ford F-150 with the monthly payment of $934.31.  The car is used intensively with the business as a work truck, but is also used by Rivas for his commuting to and from his home and work.

The Insider Compensation Notice also stated that Rivas was due a pay raise from $70,000 a year to $100,000 per year, and noted that even this new rate of compensation was far below industry norms.  To provide further disclosure, Rivas has not had an increase in his compensation for many years, and at the $70,000 a year rate, many of the workers and foremen were making more income that Rivas, the company president.  The new rate of pay, $100,000 per year, went into effect on 3/21/2022.

As a convenience to the interested parties, the original Insider Compensation Notice is attached hereto.

Dated this 15 April 2022.

**M Jones and Associates**
Attorneys for Debtor

/s/ Michael Jones
Michael Jones

---

**Supplemental Statement Re Insider Compensation for Rafael Rivas, President of the Debtor**

Attorney Name, Address, Telephone and FAX
Michael Jones CA 271574
M Jones & Associates, PC
505 N Tustin Ave, Ste 105
Santa Ana, CA 92705
714-795-2346  (voice) / 888-341-5213 (fax)
mike@mjonesoc.com

File with U.S. TRUSTEE Only

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

RVR General Construction, Inc.

Debtor(s)

Chapter 11 Case Number

6:22-bk-10891-RB

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1. Name of Insider: | Rafael Rivas (President) |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | President and sole shareholder of the Debtor |
| 3. Date when relationship with Debtor commenced: | This insider is the founder of the business and has been with the Debtor since its inception |
| 4. Position title: | President |
| 5. Position Description: | This insider is the President and ultimate decision maker of the Debtor |
| 6. Assigned Duties: | This insider manages all daily operations of the Debtor, as well as acquiring new business and marketing |
| 7. Date employed in current position: | The insider has always been in the same position since the business began |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | The insider has always been in the same position. |
| 9. Number of hours worked per week: | 40-50 |
| 10. Total amount of compensation and payment interval: | $70,000 per year |

| 11. Breakdown of compensation (specify amount and payment interval. | |
|---|---|
| Salary: | $70,000 per year |
| Perquisites (total, detail below): | |
| Car Allowance: | This insider is also provided a company car for use |
| Medical Insurance: | |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Operations of the Debtor |
| 13. Date and amount of last increase in compensation: | The insider is due a pay raise to $100k per year from $70k per year, which is still far below industry norms |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | There are no cash collateral issues in this case |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | The Debtor has only received his salary compensation; copy of IRS 1125-E showing compensation attached |
| Compensation: | Approx. $70,000 per year |
| Loans: | |
| Perquisites (Specify): | |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: 3/17/2022

RAFAEL RIVAS

_____
Print Name and Title of Authorized Agent for Debtor

_____
Signature of Authorized Agent for Debtor

Attach proof of service on Creditors' Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

| Form **1125-E** | **Compensation of Officers** | |
|---|---|---|
| (Rev. October 2016) | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S. | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | ▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*. | |

| Name | Employer identification number |
|---|---|
| RVR General Construction, Inc. | 45-3797887 |

Note: Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 Rafael Rivas | 1876 | 100% | 100% | % | 70,067. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . | 2 | 70,067. |
|---|---|---|---|
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . | 4 | 70,067. |

For Paperwork Reduction Act Notice, see separate instructions. BAA    REV 03/23/21 PRO    Form **1125-E** (Rev. 10-2016)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**505 N Tustin Ave, Ste 105**
**Santa Ana, CA 92705**

A true and correct copy of the foregoing document entitled (*specify*): __**SUPPLEMENTAL STATEMENT RE INSIDER COMPENSATION FOR RAFAEL RIVAS, PRESIDENT OF THE DEBTOR** __ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**15 April 2022**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On __**15 April 2022**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __**15 April 2022**__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 15 April 2022 | **Michael Jones** | /s/ Michael Jones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# <u>ECF Service List</u>

- **Caroline Renee Djang (TR)**    caroline.djang@bbklaw.com,
  C190@ecfcbis.com;laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Todd S Garan**    ch11ecf@aldridgepite.com,
  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Everett L Green**    everett.l.green@usdoj.gov
- **Michael Jones**    mike@mjonesoc.com, 2651971420@filings.docketbird.com
- **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

Label Matrix for local noticing
0973-6
Case 6:22-bk-10891-RB
Central District of California
Riverside
Fri Apr 15 17:48:03 PDT 2022

RWB General Construction, Inc.
17666 Randall Ave
Fontana, CA 92335-5950

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

AvalonBay Communities, Inc.
c/o CT Corporation, Reg Agent
818 West 7th Street
Los Angeles, CA 90017-3407

CIM Group, Inc.
c/o AVRAHAM SHEMESH, Reg. Agent
6922 Hollywood Blvd, Ste 900
Los Angeles, CA 90028-6129

Cha Rang Kim
c/o Law Office of Eunice S. Hahn, APC
3868 W Carson St, Ste 216
Torrance, CA 90503-6714

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

GARCIA & PHAN, A PROFESSIONAL LAW CORPORATIO
c/o Juan Garcia, Registered Agent
17011 Beach Blvd, Ste 900
Huntington Beach, CA 92647-5998

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

PNC Equipment Finance, LLC
655 Business Center Drive, Ste 250
Horsham, PA 19044-3448

State of California Dept. of Industrial Rela
Labor Commissioner's Office
2 MacArthur Place, Ste 800
Santa Ana, CA 92707-7703

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Caroline Renee Djang (TR)
18101 Von Karman Ave., Suite 1000
Irvine, CA 92612-0164

Michael Jones
M Jones & Assoicates, PC
505 N Tustin Ave Ste 105
Santa Ana, CA 92705-3735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Credit
National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    14
Bypassed recipients     1
Total                  15