United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-10891-RB |
| RVR General Construction, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 21, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + RVR General Construction, Inc., 17666 Randall Ave, Fontana, CA 92335-5950 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram Feuerstein, esq | on behalf of U.S. Trustee United States Trustee (RS) abram.s.feuerstein@usdoj.gov |
| Ali Matin | on behalf of U.S. Trustee United States Trustee (RS) ali.matin@usdoj.gov  carolyn.k.howland@usdoj.gov |
| Cameron C Ridley | on behalf of U.S. Trustee United States Trustee (RS) Cameron.Ridley@usdoj.gov |
| Caroline Renee Djang (TR) | cdjang@buchalter.com  C190@ecfcbis.com;docket@buchalter.com;lverstegen@buchalter.com |
| Dustin Nirschl | on behalf of Interested Party Courtesy NEF dustin.nirschl@bbklaw.com  linda.tapia@bbklaw.com;wilma.escalante@bbklaw.com |
| Everett L Green | on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 21, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Melvin Yee
    on behalf of Creditor California Labor Commissioner's Office melvinyee@gmail.com

Michael Jones
    on behalf of Attorney M Jones & Associates PC mike@mjonesoc.com 2651971420@filings.docketbird.com

Randall P Mroczynski
    on behalf of Creditor Ford Motor Credit Company LLC randym@cookseylaw.com

Sara Tidd
    on behalf of Debtor RVR General Construction Inc. sara@oclegalrelief.com, 2065435420@filings.docketbird.com

Todd S Garan
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 12

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Michael J. Larin, State Bar No. 77116<br>mlarin@lynberg.com<br>Shant N. Nashalian, State Bar No.: 322549<br>snashalian@lynberg.com<br>LYNBERG & WATKINS<br>1150 S. Olive Street, Eighteenth Floor<br>Los Angeles, CA 90015<br><br>☐ Movant appearing without an attorney<br>☒ Attorney for Movant Movants listed below | FOR COURT USE ONLY<br><br>**ENTERED**<br>DEC 21 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: RC    Deputy Clerk<br><br>**FILED**<br>DEC 21 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: RC    Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION** ||
| In re: RVR General Construction, Inc.<br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:22-bk-10891-RB<br>CHAPTER: 11<br><br>~~AMENDED~~<br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)**<br><br>DATE: December 15, 2022<br>TIME: 2:00 p.m.<br>COURTROOM: 303<br>PLACE: Riverside |
| **MOVANT:** PARTIES IN INTEREST 11015 NOHO, LLC, EVOLVE REALTY & DEVELOPMENT CORP., AND JOSEPH SAMUEL DBA J&G CONSTRUCTION ||

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: *Azad v. 11015 Noho, et al.;Ghazarian, et al. v. 11015 Noho, et al.*

   Docket number: EC069213; 19STCV01825

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: Superior Court of the County of Los Angeles, California

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| June 2014 | Page 1 | F 4001-1.RFS.NONBK.ORDER |

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
    a. ☑ Terminated as to the Debtor and the Debtor's bankruptcy estate.
    b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.
    c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a. ☑ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.
    b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☐ Other *(specify)*:

###

Dated: December 21, 2022

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 2    F 4001-1.RFS.NONBK.ORDER