| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Michael Jones CA 271574<br>M Jones & Associates, PC<br>505 N Tustin Ave, Ste 105<br>Santa Ana, CA 92705<br>714-795-2346  (voice) / 888-341-5213 (fax)<br>mike@mjonesoc.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 20 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** cargill    **DEPUTY CLERK** |
|---|---|
| ☒ *Attorney for*: RVR General Construction, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *Riverside* DIVISION**

| In re:<br><br>RVR General Construction, Inc., | CASE NO.: 6:22-bk-10891-RB<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: 1/12/2023<br>TIME: 2:00 PM<br>PLACE: 3420 Twelfth Street, Courtroom 303<br>Riverside, CA 92501-3819 (Via ZoomGov) |
| Debtor(s). | |

1. Name of Applicant (*specify*): M Jones & Associates, PC

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): 11/25/2022

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5.  The court orders as follows:
    a.  ☐ Application for Payment of Interim Fees is approved as follows:
        (1) ☐ Total amount allowed: $
        (2) ☐ Amount or percentage authorized for payment at this time:

    b.  ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
            ☐ Total amount allowed: $

    c.  ☒ Application for Payment of Final Fees is approved in the amount of: $ 24,945.00

    d.  ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
            ☐ Total amount allowed: $

    e.  (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice
        (2) Grounds for denial *(specify)*:

    f.  ☒ The court further orders *(specify)*:  Applicant is authorized to draw down the funds being held in the Firm's trust account and apply these funds to the approved Final Fees awarded herein.

                                            ###

Date: January 20, 2023

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 2                          F 2016-1.3.ORDER.PAYMENT.FEES